**UNITED STATES of America, Plaintiff–Appellee**

v.

**Ernesto RICO–ELIZONDO, Defendant–Appellant.**

**No. 13–40741 Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

Aug. 29, 2014.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Molly Estelle Odom, Esq., Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

---

Before CLEMENT, PRADO, and ELROD, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Ernesto Rico–Elizondo has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Rico–Elizondo filed a letter, which was construed as a motion for an extension of time to file a response. The court gave Rico–Elizondo a deadline of April 23, 2014 to file his response to the *Anders* brief. No response was filed. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Rico–Elizondo's letter. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. See 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

